## IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-mj-00131-SAB |
| ) | |
| Plaintiff, ) | **AMENDED** |
| v. ) | **DEFENDANT'S STATUS REPORT ON** |
| ) | **UNSUPERVISED PROBATION** |
| RUBEN VELAZQUEZ-NAVARRO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a Motor Vehicle while driver's license is suspended for DUI of alcohol or drugs, in violation of 36 CFR 4.2 and CVC 14601.2 |
| **Sentence Date:** | October 20, 2016 |
| **Review Hearing Date:** | August 17, 2017 |
| **Probation Expires On:** | October 18, 2018 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1510 ($1500 fine; $10 special assessment)

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $ 400.00
  ☒ If not paid in full when was last time payment:   Date: 7/13/17
                                                       Amount: $50.00

☐ Compliance with Other Conditions of Probation:

### *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

Government Attorney:

>  //s// Darin Rock
> Darin Rock
> Special Assistant United States Attorney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 8/17/2017 at 10:00 a.m.

    ☒ be continued to __02/01/2018__ at 10:00 a.m.; or

    ☐ be vacated.

DATED: 8/3/2017

> /s/ Andrew Wong
> DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☒ DENIED without prejudice. Defendant failed to pay his March installment or was late in filing and is missing one payment. Defendant can come current with his March 2017 and then August 2017 payments and the Court will reconsider his request. Proof of payment can be provided to the Court by on or before close of business on August 15, 2017.

IT IS SO ORDERED.

Dated: __August 7, 2017__

> UNITED STATES MAGISTRATE JUDGE