**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-mj-00131-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| RUBEN VELAZQUEZ-NAVARRO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a Motor Vehicle while driver's license is suspended for DUI of alcohol or drugs, in violation of 36 CFR 4.2 and CVC 14601.2 |
| **Sentence Date:** | October 20, 2016 |
| **Review Hearing Date:** | August 17, 2017 |
| **Probation Expires On:** | October 18, 2018 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1510 ($1500 fine; $10 special assessment)

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $ 800.00
☒ If not paid in full when was last time payment:  Date: 1/8/18
                                                    Amount: $100.00

☐ Compliance with Other Conditions of Probation:

<u>*GOVERNMENT POSITION:*</u>

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

                                 *//s// Darin Rock*
                                 Darin Rock
                                 Special Assistant United States Attorney

<u>*DEFENDANT'S REQUEST (OPTIONAL):*</u>

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 2/1/2018 at 10:00 a.m.

    ☒ be continued to __09/06/2018__ at 10:00 a.m.; or

    ☐ be vacated.

DATED: 1/17/2018                              */s/ Andrew Wong*
                                                    DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒     GRANTED. The Court orders that the Review Hearing set for February 1, 2018 at 10:00 a.m. be continued to September 6, 2018 at 10:00 a.m. The defendant is ordered to appear and ordered to file a status report 14 days prior to the hearing.

☐     DENIED.

IT IS SO ORDERED.

Dated: **January 22, 2018**                                                                               
                                                                       UNITED STATES MAGISTRATE JUDGE