**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>RUBEN VELAZQUEZ-NAVARRO,<br><br>                Defendant. | Case No. 1:16-mj-00131-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a Motor Vehicle while driver's license is suspended for DUI of alcohol or drugs, in violation of 36 CFR 4.2 and CVC 14601.2 |
| **Sentence Date:** | October 20, 2016 |
| **Review Hearing Date:** | September 6, 2018 |
| **Probation Expires On:** | October 18, 2018 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $1510 ($1500 fine; $10 special assessment)

### *COMPLIANCE:*

☒     Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐     To date, Defendant has paid a total of $
        ☐ If not paid in full when was last time payment:

☐     Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

                               *//s// Gary Leuis*
                               Gary Leuis
                               Special Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/6/2018 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.


DATED: 8/15/2018                  */s/ Hope Alley*
                                          DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.


IT IS SO ORDERED.

Dated: **August 21, 2018**

                                                 UNITED STATES MAGISTRATE JUDGE